UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NVOYE WENDELL JORDAN,<br><br>                      Plaintiff,<br>v.<br><br>STEVEN B. WOLFSON, et al.,<br><br>                     Defendants. | Case No. 2:18-cv-00159-JCM-PAL<br><br>**ORDER**<br><br>(Mot. Filing Fees – ECF No. 9) |

This matter is before the court on pro se Plaintiff Nvoye Wendell Jordan's Motion to Stop Filing Fees (ECF No. 9) and Motion to Extend Time (ECF No. 10). These motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice.

Mr. Jordan is a pro se prisoner currently in the custody of the Nevada Department of Corrections ("NDOC") and incarcerated at High Desert State Prison. He has received permission to proceed *in forma pauperis* ("IFP") in this case. *See* Order (ECF No. 4). Based on his financial affidavit and inmate account statements, the court ordered Jordan to pay an initial partial filing fee of $42.13 towards the total filing fee of $350.[1] *Id.* At the time, Jordan was a pretrial detainee at the Clark County Detention Center. The order instructed the jail:

> 6. Beginning the month following Mr. Jordan's payment of the initial partial filing fee, the Clark County Detention Center ("CCDC") shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent (20%) of the preceding month's deposits to Mr. Jordan's account (in the months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action pursuant to 28 U.S.C. § 1915(b)(2).
>
> …
>
>    b. If Mr. Jordan should be transferred into the custody of the Nevada

---

[1] Pursuant to the court's Schedule of Fees, the $50 administrative fee does not apply to prisoners granted IFP status under 28 U.S.C. § 1915. Thus, prisoners granted IFP status are only required to pay the $350 base fee.

1

Department of Corrections, the CCDC Accounting Supervisor is directed to send a copy of this Order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702, and indicate the amount that Mr. Jordan has paid towards his filing fee so that funds may continue to be deducted from his account.

*Id.* at 3. Jordan paid the initial partial filing fee of $42.13 in February 2018. Receipt (ECF No. 5). He paid the remaining balance of $307.87 in March 2018. Receipt (ECF No. 6). Shortly thereafter, he was transferred to High Desert State Prison. Notice of Change of Address (ECF No. 7).

Jordan's motion indicates that money is still being deducted from his inmate account to pay the filing fee in this case, even though the full filing fee has been paid. He requests an order stopping the deductions and refunding the overpayment.

The court contacted its financial department and verified that two payments of $10 each ($20 total) were received in September and November 2018 after Jordan was transferred to High Desert State Prison. Jordan's $350 filing fee was paid in full before he was transferred. Thus, the court's financial department will issue Jordan a refund check of $20. A copy of this order will be sent to NDOC to advise that Jordan's filing fee in this case is paid in full.[2]

Accordingly,

**IT IS ORDERED:**

1. Plaintiff Nvoye Wendell Jordan's Motion to Stop Filing Fees (ECF No. 9) is **GRANTED** to the extent that this order confirms that Jordan's filing fee of $350 in this case was **paid in full** on March 23, 2018.

2. The court's financial department will issue Jordan a refund check of $20.

3. The Clerk of Court shall MAIL a copy of this Order to the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

Dated this 16th day of April, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

---

[2] This order only applies to the current civil action. If Jordan commences a new case, he must file a new IFP application and he will be responsible for paying another filing fee.