UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NVOYE WENDELL JORDAN, | Case No. 2:18-CV-159 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| STEVEN B. WOLFSON, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Brenda Weksler's report and recommendation ("R&R") in the matter of *Jordon v. Wolfson et al.*, case number 2:18-cv-00159-JCM-BNW. No objections have been filed, and the deadline to do so has passed.

On December 4, 2019, the magistrate judge entered an order directing plaintiff Nvoye Wendell Jordan to file a notice with his current address with the court by January 3, 2020. (ECF No. 19). In that order, the magistrate judge warned Jordan that a failure to update his address by that date would result in a recommendation of dismissal pursuant to Local Rule IA 3-1. *Id*. Under Local Rule IA 3-1:

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. *Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court*.

(emphasis added).

Magistrate Judge Weksler's found in her R&R that Jordan failed to comply with the December 4, 2019 order, and therefore recommends that this case be dismissed without prejudice. (ECF No. 21).

**James C. Mahan**
**U.S. District Judge**

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Weksler's report and recommendation (ECF No. 21) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that this case be DISMISSED without prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED February 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**